# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA ANDRUS, individually and on behalf of all others similarly situated, | § § § | CIVIL ACTION NO. 4:18-CV-3901 |
| *Plaintiffs,* | § § | JURY TRIAL DEMANDED |
| v. | § § | |
| EMIDS TECHNOLOGIES PVT LTD. CORP. f/k/a ENCORE HEALTHCARE RESOURCES, LLC, | § § § § § | CLASS & COLLECTIVE ACTION |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

This Notice of Settlement is jointly submitted by Named Plaintiff Linda Andrus, on behalf of herself, individually, and on behalf of all others similarly situated, and Defendant emids Technologies Pvt. Ltd. Corp. f/k/a Encore Health Resources, LLC ("Encore"), and is made with reference to the following facts:

1. On November 28, 2018, Plaintiff and Encore attended a mediation of this matter conducted by Michael Loeb of JAMS Mediation, Arbitration, and ADR Services. Also present were counsel in the factually-similar cases of *Pierce v. Encore Health Resources, LLC*, Case No. 3:18-cv-04097-WHO (N.D. Calif.) ("*Pierce* Action") and *Bey v. Walker HealthCareIT, LLC*, *et al.*, No. 2:16-cv-01167 (S.D. Ohio).

2. The parties reached an agreement to settle all claims in this matter, as well as all claims asserted in the *Pierce* action, and against certain defendants in the *Bey* action. The parties are in the process of finalizing a complete settlement agreement.

3. The parties intend to consolidate at least the *Pierce* action before this Court in order to streamline settlement notice, approval, and administration, consistent with the Texas forum

selection clause in the parties' Independent Contractor and Consulting Agreement. Encore has filed a motion to transfer the *Pierce* matter to the Southern District of Texas (which, without admission, the plaintiff in *Pierce* has agreed not to oppose). The parties will then move to consolidate the cases before this Court.

4. Pursuant to the parties' agreement, Plaintiff shall move for provisional certification, preliminary settlement approval, and notice by January 31, 2019.

5. The parties respectfully request that all currently scheduled pleading, response or other dates be vacated, pending transfer of the *Pierce* case.

6. If, for any reason, the parties are unable to transfer the *Pierce* case beforehand, the parties will provide a status update to the Court no later than December 31, 2018.

Dated: December 6, 2018        Respectfully submitted,

By:   */s/ Sarah R. Schalman-Bergen*
Sarah R. Schalman-Bergen
Shanon J. Carson
Alexandra K. Piazza
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-4604
scarson@bm.net
sschalman-bergen@bm.net
apiazza@bm.net

        Harold Lichten
        Olena Savytska
        LICHTEN & LISS-RIORDAN, P.C.
        729 Boylston St., Suite 2000
        Boston, MA 02116
        Telephone: 617-994-5800
        Facsimile: 617-994-5801
        hlichten@llrlaw.com
        osavytska@llrlaw.com

        David M. Blanchard
        BLANCHARD & WALKER, PLLC
        221 N. Main Street, Suite 3000
        Ann Arbor, MI 48104
        Telephone: 734-929-4313
        blanchard@bwlawonline.com

        *Counsel for Plaintiff and the Putative Class*


By:   */s/ Allison A. Reddoch*
        Allison A. Reddoch
        State Bar No. 24076912
        DLA PIPER LLP (US)
        1717 Main Street, Suite 4600
        Dallas, Texas 75201
        Tel: 214-743-4500
        Fax: 214-743-4545
        allison.reddoch@dlapiper.com

        Paul J. Hall, Cal. Bar No. 066084
        (*pro hac vice* admission pending)
        Joy G. Kim, Cal Bar. No. 294841
        (*pro hac vice* admission pending)
        DLA PIPER LLP (US)
        555 Mission Street
        Suite 2400
        San Francisco, California 94105
        Tel:  415.836.2500
        Fax:  415.836.2501
        paul.hall@dlapiper.com
        joy.kim@dlapiper.com

Kevin D. Harlow, Cal Bar No. 265565
(*pro hac vice* admission pending)
DLA PIPER LLP (US)
401 B Street
Suite 1700
San Diego, California 92101
Tel: 619.699.2700
Fax: 619.699.2701
kevin.harlow@dlapiper.com

*Counsel for Defendant*
*EMIDS TECHNOLOGIES PVT LTD.*
*CORP. f/k/a ENCORE HEALTH*
*RESOURCES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all known parties on this 6th day of December, 2018.

/s/Allison A. Reddoch
Allison A. Reddoch