Case 4:18-cv-03901   Document 38   Filed on 09/16/19 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
September 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
AT HOUSTON

| | | |
|---|---|---|
| DEBRA BEY, individually and on behalf of all others similarly situated, | * * * | Case No. 4:19-CV-00060 |
| | * | Judge Nancy F. Atlas |
| Plaintiff, | * * | |
| v. | * * | FINAL APPROVAL ORDER |
| WALKERHEALTHCAREIT, LLC, WALKERSEARCHGROUP, LLC, ENCORE HEALTH RESOURCES, LLC, SPECIALIST RESOURCES GLOBAL, INC. d/b/a EMIDS TECHNOLOGIES, EMIDS TECHNOLOGIES PVT LTD CORP., TIFIANY WALKER and GREGORY WALKER, | * * * * * * * * * | |
| Defendants. | * * | Case No. 4:18-cv-04736 |

***Consolidated with***

| | | |
|---|---|---|
| NANCY PIERCE, individually, and on behalf of other members of the general public and all persons similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | |
| ENCORE HEALTH RESOURCES, LLC, and DOES 1 through 100, inclusive, | * * * | |
| Defendants. | * * | Case No. 4:18-cv-3901 |

***Consolidated with***

| | | |
|---|---|---|
| LINDA ANDRUS and BRUNO FAVA, individually and on behalf of all others similarly situated | * * * * | |
| Plaintiffs, | * * | |
| v. | * | |

1

|  |  |
|---|---|
| EMIDS TECHNOLOGIES PVT LTD. CORP., f/k/a ENCORE HEALTHCARE RESOURCES, LLC, | * * * * * |
| Defendant. | * |

## FINAL APPROVAL ORDER

**AND NOW**, this 16th day of September, 2019, upon consideration of Plaintiffs' Unopposed Motion for Final Approval of Class and Collective Action Settlement, Class Counsel's Unopposed Petition for Approval of Attorneys' Fees, Costs, and Incentive Awards to the Class Representative, all supporting documents and exhibits, the representations of counsel for both Parties, and all related submissions and proceedings, it is hereby ORDERED as follows:

This Court hereby approves the terms of the proposed $2,378,000.00 settlement commemorated in the Parties' Settlement Agreement (Dkt. No. 151-1) as fair, reasonable and adequate based on this Court's consideration of each of the relevant factors, including: the quality of the result reached in this consolidated litigation in relation to the claims, defenses and potential outcomes of litigation, the efficiency of this result, the total value of the lodestar accumulated by Class Counsel in the litigation of these claims, and the fact that no Class Member has objected to, or sought exclusion from, the proposed settlement.

The Settlement Administrator shall promptly perform final calculations for the Class Members' damage payments and make these payments as provided by the Settlement Agreement.

This Court hereby approves payment of $40,000.00 in Incentive Awards to Named Plaintiffs Debra Bey ($10,000.00), Nancy Pierce ($10,000.00), Linda Andrus ($10,000.00) and Bruno Fava ($10,000.00) as fair, reasonable and adequate compensation for the services they provided and the risks they incurred during the course of this litigation. The Settlement Administrator shall make these payments as provided by the Settlement Agreement.

This Court hereby approves the requested $792,587.40 attorneys' fee and the proposed $12,710.35 cost reimbursement to Class Counsel described in the Settlement Agreement as fair, reasonable and adequate based on this Court's consideration of each of the relevant factors, including: the quality of the result reached in the litigation, the efficiency of this result, the total value of the lodestar accumulated by Class Counsel in the litigation of these claims and the fact that no Class Member objected to, or sought exclusion from, the proposed settlement. The Settlement Administrator shall make these payments as provided by the Settlement Agreement.

This Court hereby approves the requested $17,000.00 settlement administration costs as fair, appropriate and necessary for the accurate and efficient administration of this settlement and authorizes the Settlement Administrator to make this payment as provided by the Settlement Agreement.

This Court also hereby approves the terms of the release of the Fair Labor Standards Act claims and state law claims contained in the Settlement Agreement as to the Settlement Class Members. The release is of federal and state wage and hour claims only, as more fully specified in paragraphs 16, 17 and 18 of the Parties' Settlement Agreement (Dkt. No. 151-1). Further, the Court approves the following release language on the back of each Settlement Award check as follows:

> By depositing or cashing this check, I affirm my release of all wage & hour claims against all the "Releasees," as more fully set forth in Section 5 of the Notice of Settlement previously provided to me in the matter of *Bey, et al. v. WalkerHealthCareIT, LLC, et al.*, Civil Action No. 4:19-cv-00060 (S.D. Tex.). By depositing or cashing this check, I also consent to join and opt-in to the action as a party-plaintiff pursuant to 29 U.S.C. § 216(b), and affirm that I will not sue or assert any of the released wage & hour claims against any Releasee.

Without affecting the finality of this Order, the Court retains jurisdiction for the purpose of enabling the settling Parties to apply to this Court for such further orders or guidance as may be

necessary for the construction, modification, or enforcement or the Settlement Agreement or this Order.

Dated: September 16 , 2019

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE